IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DR. PANKAJ JAIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| COPPELL INDEPENDENT SCHOOL § | CIVIL ACTION NO. 3:16-CV-2702-D |
| DISTRICT; and ANTHONY HILL, § | |
| TRACY FISHER, JUDY BARBO, LEIGH § | |
| WALKER, THOM HULME, JILL § | |
| POPELKA, AND AMY DUNGAN, in their § | |
| official capacities, § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Dr. Pankaj Jain ("Plaintiff") and defendants Coppell Independent School District, Anthony Hill, Tracy Fisher, Judy Barbo, Leigh Walker, Thom Hulme, Jill Popelka, and Amy Dungan (collectively, "Defendants") stipulate to the dismissal of this action without prejudice, as follows:

1. Plaintiff voluntarily seeks to dismiss this action without prejudice.

2. Defendants do not oppose the dismissal of this action without prejudice.

3. Plaintiff and Defendants agree that they shall bear their own attorneys' fees and costs.

4. Accordingly, Plaintiff and Defendants stipulate to the dismissal of this action without prejudice, with each side to bear its own attorneys' fees and costs.

Dated: January 13, 2017					Respectfully submitted,

						**BREWER STOREFRONT, PLLC**

						By:	/s/ *Michael J. Collins*
							William A. Brewer III
							State Bar No. 02967035
							wab@brewerattorneys.com
							Michael J. Collins
							State Bar No. 00785493
							mjc@brewerattorneys.com

							1717 Main Street
							Suite 5900
							Dallas, Texas 75201
							Telephone: (214) 653-4000
							Facsimile: (214) 653-1015

						**ATTORNEYS FOR PLAINTIFF**

**AGREED:**

*/s/ Charles J. Crawford*
Charles J. Crawford
Richard M. Abernathy
Chad Timmons
Abernathy Roeder Boyd Hullett
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
ccrawford@abemathy-law.com
rabemathy@abemathy-law.com
ctirnrnons@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic case filing system upon the following counsel of record on this 13th day of January 2017:

Charles J. Crawford
State Bar No. 05018900
Richard M. Abernathy
State Bar No. 00809500
Chad Timmons
State Bar No. 24060732
Abernathy Roeder Boyd Hullett
1700 Redbud Boulevard, Suite 300
McKinney, Texas 75069
Telephone:  (214) 544-4000
Facsimile:  (214) 544-4040
ccrawford@abemathy-law.com
rabemathy@abemathy-law.com
ctirnrnons@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

            /s/ *Michael J. Collins*_____
            Michael J. Collins