# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DR. PANKAJ JAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| COPPELL INDEPENDENT SCHOOL DISTRICT; and ANTHONY HILL, TRACY FISHER, JUDY BARBO, LEIGH WALKER, THOM HULME, JILL POPELKA, AND AMY DUNGAN, in their official capacities, | § § § § § § § | CIVIL ACTION NO. 3:16-CV-2702-D |
| | § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Dr. Pankaj Jain ("Plaintiff") and defendants Coppell Independent School District, and Anthony Hill, Tracy Fisher, Judy Barbo, Leigh Walker, Thom Hulme, Jill Popelka, and Amy Dungan in their official capacities (collectively, "Defendants"), stipulate to the dismissal of this action without prejudice, with Plaintiff and Defendants to bear their own attorneys' fees and costs.

**SO ORDERED.**

January 13, 2017

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE